Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Acima Digital, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPRICE D. MILES, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ACIMA DIGITAL, LLC,<br>CLARITY SERVICES, INC.,<br>BACKGROUNDCHECKS.COM LLC<br>AND EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>  Defendants. | CASE NO.  2:22-cv-01259-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ACIMA DIGITAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Caprice D. Miles ("Plaintiff") and Defendant Acima Digital LLC, ("Acima")[1] stipulate and agree that Acima has up to and including September 19, 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Acima additional time to investigate Plaintiff's allegations and for Acima to prepare a response.  The current deadline to file a response is August 29, 2022.  Therefore, pursuant to LR IA 6-1, this stipulation is timely.

---

[1] By filing this Stipulation, Acima is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

*[Continued on following page.]*

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: August 26, 2022

| | |
|---|---|
| BALLARD SPAHR LLP | KIND LAW |
| By: */s/ Joel E. Tasca* <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> 1980 Festival Plaza Drive, <br> Suite 900 <br> Las Vegas, Nevada 89135 <br> Tel: 702.471.7000 <br> Fax: 702.471.7070 <br> tasca@ballardspahr.com | By: */s/ Michael Kind* <br> Michael Kind Esq. <br> Nevada Bar No. 13903 <br> 8860 South Maryland Parkway <br> Suite 106 <br> Las Vegas, Nevada 89123 <br> Tel: (702) 337-2322 <br> Fax: (702) 329-5881 <br> mk@kindlaw.com |
| *Attorney for Defendant,* <br> *Acima Digital, LLC* | *Attorney for Plaintiff,* <br> *Caprice D. Miles* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2022

2