DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: ddickinson@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPRICE D. MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>ACIMA DIGITAL, LLC, CLARITY SERVICES, INC., BACKGROUNDCHECKS.COM LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:22cv-01259-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff CAPRICE D. MILES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of September 1, 2022, up to and including **October 3, 2022.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 31, 2022

Respectfully submitted,

*/s/ Michael Kind, Esq.*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
KAHTLEEN SPAIN

Dated: August 31, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson, Esq.*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: 9/1/2022

_____
UNITED STATES MAGISTRATE JUDGE

4878-3582-4944.1 / 107811-1000