Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Caprice D. Miles*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Caprice D. Miles,<br><br>                Plaintiff,<br>v.<br><br>Acima Digital, LLC, Clarity Services, Inc., Backgroundchecks.com LLC and Experian Information Solutions, Inc.,<br><br>                Defendants. | Case No.: 2:22-cv-01259-RFB-DJA<br><br>**Motion to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

    Caprice D. Miles ("Plaintiff") hereby requests that this Court extend the deadline for Plaintiff and Backgroundchecks.com LLC ("Defendant") (jointly as the "parties") to file their proposed discovery plan and scheduling order (the "Deadline") to **December 22, 2022**. Plaintiff submits this motion out of an abundance of caution to clarify any confusion regarding the deadline to submit the proposed discovery plan.  This is the first request for an extension of this deadline.

    Good cause exists to extend the Deadline. On September 19, 2022, the first defendant, Acima Digital, LLC, filed its answer. *See* ECF No. 12. Therefore, the discovery plan was due November 3, 2022. However, on September 20, 2022,

Plaintiff and Acima Digital, LLC filed a stipulation to stay Plaintiff's claims against Acima Digital, LLC, and proceed with those claims in arbitration. *See* ECF No. 13. This Court has not yet ruled on the stipulation.

Since the claims against Acima Digital, LLC will proceed in private arbitration, the only defendant that will proceed in this case, Backgroundchecks.com LLC, has not yet filed its answer.

On November 3, 2022, this Court granted the parties third stipulation to extend the deadline for Defendant to respond to the complaint until on or before December 2, 2022. *See* ECF No. 18.

Therefore, Plaintiff requests additional time to allow the parties to meet and confer in compliance with Local Rule 26-1(b) and submit their proposed discovery plan. Accordingly, Plaintiff requests that this Court extend the Deadline to 20 days after Defendant's answer is due, December 2, 2022, making the new deadline for the parties to submit their proposed discovery plan and scheduling order to **December 22, 2022**.

Dated: November 3, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2022

MOTION      - 2 -