Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Caprice D. Miles*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Caprice D. Miles,<br><br>                    Plaintiff,<br>   v.<br><br>Acima Digital, LLC, Clarity Services, Inc., Backgroundchecks.com LLC and Experian Information Solutions, Inc.,<br><br>                    Defendants. | Case No.: 2:22-cv-01259-RFB-DJA<br><br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(Second request)** |

    Caprice D. Miles ("Plaintiff") and Backgroundchecks.com LLC ("Defendant") (jointly as the "parties") hereby request that this Court extend the deadline for the parties to file their proposed discovery plan and scheduling order (the "Deadline"). The Deadline is currently set for December 22, 2022. ECF No. 20. The parties request that the deadline be extended until **February 2, 2023**. This is the second request for an extension of this deadline.

    Good cause exists to extend the Deadline. On November 4, 2022, Plaintiff filed her first motion to extend the deadline to file the proposed discovery plan and scheduling order. ECF. No. 19. The extension was sought because Plaintiff and

---

MOTION         - 1 -

Acima Digital, LLC—the first defendant to have filed an answer—had stipulated to stay the case and proceed in arbitration. *See* ECF No. 13. By the time discovery was due on November 3, 2022, Backgroundchecks.com LLC—the only remaining defendant—had not yet filed its response to the complaint.

On December 2, 2022, this Court granted the parties fourth request for an extension of time for Defendant to file its responsive pleading up until January 3, 2023. ECF No. 28. Therefore, because Defendant's response to the complaint is due January 3, 2023, and the discovery plan is due December 22, 2022, the parties request additional time to meet and confer in compliance with Local Rule 26-1(b) and submit their proposed discovery plan.

///
///
///

MOTION                                           - 2 -

Accordingly, the parties request that this Court extend the Deadline to 30 days after Defendant's response to the complaint is due, January 3, 2023, making the new deadline for the parties to submit their proposed discovery plan and scheduling order to **February 2, 2023**.

Dated: December 15, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**LITTLER MENDELSON P.C.**

/s/ Diana Dickinson
Diana Dickinson, Esq.
3960 Howard Hughes Parkway, Suite 360
Las Vegas, Nevada 89169
*Counsel for Backgroundchecks.com LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2022