DIANA G. DICKINSON, ESQ.
Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPRICE D. MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>ACIMA DIGITAL, LLC, CLARITY SERVICES, INC., BACKGROUNDCHECKS.COM LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:22-cv-01259-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIFTH REQUEST]** |

Plaintiff CAPRICE D. MILES ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of January 3, 2023, up to and including **February 2, 2023.**

This is the fifth request for an extension of time to respond to the Complaint. The requested extension is necessary due to vacation schedules, the upcoming New Year's holiday, and attempts to resolve this matter. The additional time will allow the parties to complete these discussions regarding the handling of the case and potential resolution before having to engage in motion practice.

/ / /

/ / /

/ / /

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: December 29, 2022

Respectfully submitted,

/s/ Michael Kind, Esq.
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
CAPRICE D. MILES

Dated: December 29, 2022

Respectfully submitted,

/s/ Diana G. Dickinson, Esq.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: December 30, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4859-7901-3447.1 / 107811-1030