Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Caprice D. Miles*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Caprice D. Miles,<br><br>                Plaintiff,<br>  v.<br><br>Acima Digital, LLC, et al.,<br><br>                Defendants. | Case No.: 2:22-cv-01259-RFB-DJA<br><br>**[Third] Status Report re: Settlement between Caprice D. Miles and Acima Digital, LLC** |

  The dispute between Plaintiff Caprice D. Miles ("Plaintiff") and Defendant Acima Digital, LLC ("Defendant") has been resolved. The parties have reached settlement terms, and the agreement is awaiting final approval and signatures.

  Currently, Plaintiff is awaiting a response from Defendant regarding the status of the settlement agreement. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

STATUS REPORT                                       - 1 -

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before April 20, 2023 to file dismissal documents.

Dated: March 21, 2023.

Respectfully submitted,

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Caprice D. Miles*

APPROVED:

DATED this

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of March, 2023.

STATUS REPORT                    - 2 -