Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Caprice D. Miles*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Caprice D. Miles,<br>                    Plaintiff,<br><br> v.<br><br> Acima Digital, LLC, et al.,<br>                    Defendants. | Case No.: 2:22-cv-01259-RFB-DJA<br><br>**Stipulation for dismissal of Acima Digital, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Caprice D. Miles and Acima Digital, LLC stipulate to dismiss Plaintiff's claims against Acima Digital, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 20, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Caprice D. Miles*

**BALLARD SPAHR LLP**

/s/ Joel Edward Tasca
Joel Edward Tasca, Esq.
1980 Festival Plaza Drive Suite 900
Las Vegas, NV 89135
*Counsel for Acima Digital, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  20th day of April, 2023.